**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 170 WAL 2018
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
             v. :
:
:
ANGEL ULICES MOLINA, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.